UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| INRE: | : | CHAPTER 13 |
| Khadija K. Ghani-Burch, | : | |
| | : | |
| Debtors. | : | CASE NO. 25-58796 |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY REGARDING 2022 and 2023 TAX RETURNS

I, Khadija K. Ghani-Burch the undersigned, hereby affirm under penalty of perjury that:

I did not receive taxable wages sufficient to require the filing of Federal income tax returns for the 2022 through 2023 taxable years. According I affirm that I was not required to file income tax returns for the 2022 through 2023 taxable years pursuant to 26 U.S.C §6012(a).

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this October 3, 2025.

*Khadija K. Ghani-Burch*
_____
*Khadija Ghani-Burch*

# CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
`FEX4G-XCENF-ZQ9PD-HCE6K`

**DOCUMENT COMPLETED BY ALL PARTIES ON**
03 OCT 2025 16:41:03
UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **KHADIJA K. GHANI-BURCH**<br><br>EMAIL | SENT<br>03 OCT 2025 16:20:40<br><br>VIEWED<br>03 OCT 2025 16:38:50<br><br>SIGNED<br>03 OCT 2025 16:41:03 | *Khadija K. Ghani-Burch*<br><br>IP ADDRESS<br>174.209.195.221<br><br>LOCATION<br>ATLANTA, UNITED STATES |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
03 OCT 2025 16:38:50

Signed with PandaDoc

PAGE 1 OF 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 25-58796 |
| KHADIJA K. GHANI-BURCH, | * | |
| | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury:

That I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Tax Affiavit by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery or by the Court's Electronic Case Filing (ECF) mail system to:

This the 5th day of October, 2025.

Khadija K. Ghani-Burch
65 Oakmont Lane
Covington, GA 30016

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

United States Attorney
600 Russell B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

Department of Justice, Tax Division.
Civil Trial Section, Southern Region
P. O. Box 14198
Ben Franklin Station
Washington, D. C. 20044

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334

All creditors on the attached Matrix

                                    ___/s/_____
                                    Stanley J. Kakol, Jr., GA Bar No 406060
                                    Attorney for Debtor
                                    Law Office of Stanley J. Kakol, Jr., LLC
                                    5353 Fairington Road
                                    Suite C
                                    Lithonia, GA 30038

.

```
Label Matrix for local noticing        AT & T Enterprise aka AT&T              Bank of America
113E-1                                 by AIS InfoSource LP as agent           Attn: Bankruptcy
Case 25-58796-lrc                      4515 N Santa Fe Ave                     4909 Savarese Circle
Northern District of Georgia           Oklahoma City, OK 73118-7901            Tampa, FL 33634-2413
Atlanta
Sun Oct  5 16:36:42 EDT 2025

Capital One                            Capital One, N.A., successor by merger to   Credit Collection Services
Attn: Bankruptcy                       Discover Bank                               Attn: Bankruptcy
P.O. Box 30285                         P.O. Box 3025                               725 Canton St
Salt Lake City, UT 84130-0285          New Albany, OH 43054-3025                   Norwood, MA 02062-2679


Melissa J. Davey                       Discover Financial                      Georgia Department of Revenue
Standing Chapter 13 Trustee            Attn: Bankruptcy                        2595 Century Parkway NE
Suite 2250                             Po Box 3025                             Suite 339
233 Peachtree Street NE                New Albany, OH 43054-3025               Atlanta, GA 30345-3173
Atlanta, GA 30303-1509


Khadija K. Ghani-Burch                 Internal Revenue Service                Jefferson Capital Systems, Llc
65 Oakmont Lane                        P.O. Box 7346                           Attn: Bankruptcy
Covington, GA 30016-6633               Philadelphia, PA 19101-7346             200 14th Ave E
                                                                               Sartekk, MN 56377-4500


Stanley J. Kakol Jr.                   Lewis, Mcdonnell and Associates         Midland Credit Management, Inc.
The Law Offices of Stanley J. Kakol, Jr. Attn: Bankruptcy                      PO Box 2037
5353 Fairington Road                   Po Box 751                              Warren, MI 48090-2037
Suite C                                Tustin, CA 92781-0751
Lithonia, GA 30038-1164


Midland Credit Mgmt                    NAVY FCU                                Navy Federal Credit Union
Attn: Bankruptcy                       Attn:  Bankruptcy                       Attn:  Bankruptcy
Po Box 939069                          Po Box 3000                             Po Box 3000
San Diego, CA 92193-9069               Merrifield, VA 22119-3000               Merrifield, VA 22119-3000


(p)NJ EZPASS                           Newton County Tax Commissioner          Truist Bank
ATTN ATTN NJ EZPASS/ JASMINE JENKINS   1113 Usher Street NE                    Attn: Support Services
375 MCCARTER HIGHWAY                   Suite 101                               P.O. Box 85092
SUITE 200                              Covington, GA 30014                     Richmond, VA 23286-0001
NEWARK NJ 07114-2562


United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
New Jersey Turnpike Authority
Ramon de la Cruz, NJ Turnpike Authority
1 Turnpike Plaza, P.O Box 5042
Woodbridge, NJ 07095
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Navy Federal Credit Union Attn Bankruptcy      End of Label Matrix
P.O. BOX 3000                                     Mailable recipients   21
MERRIFIELD, VA 22119-3000                         Bypassed recipients    1
                                                  Total                 22
```